# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARMANDEEP SINGH, | Case No. 1:22-cv-01202-ADA-SAB |
| Plaintiff, | ORDER RE STIPULATION FOR FIRST EXTENSION OF TIME |
| v. | ORDER CONTINUING SCHEDULING CONFERENCE |
| EMILIA BARDINI, et al., | |
| Defendants. | (ECF Nos. 4, 9) |

Plaintiff initiated this action on September 21, 2022.  (ECF No. 1.)  The initial scheduling conference is currently set in this matter for January 3, 2023.  (ECF No. 4.)  December 5, 2022, the parties filed a stipulation to extend the time for Defendants to respond to the complaint until February 3, 2023, and to continue the scheduling conference.  (ECF No. 9.)  The parties proffer this case concerns Plaintiff's request to U.S. Citizenship and Immigration Services (USCIS) to issue a Notice to Appear (NTA), following USCIS's rejection of Plaintiff's form I-589 application for lack of jurisdiction, and the parties anticipate that USCIS will soon issue the requested NTA, thereby rendering this lawsuit moot.

Accordingly, pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that:

1.      Defendants shall file a pleading responsive to the complaint on or before **February 3, 2023**;

2.      The scheduling conference set for January 3, 2023, is CONTINUED to **March 7, 2023, at 2:00 p.m.** in Courtroom 9; and

3.      The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated:   **December 6, 2022**

UNITED STATES MAGISTRATE JUDGE